UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GREGORY GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH M. DIAZ, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00669-DAD-BAK (EPG) (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT<br><br>(ECF No. 23)<br><br>AUGUST 1, 2022, DEADLINE |

　　　Plaintiff James Gregory Garcia ("Plaintiff") has filed a second motion for an extension of time, from June 26, 2022, to July 11, 2022, to file a third amended complaint. (ECF No. 23.) Plaintiff states that he will not have access to the Lexis computer at the inmate library through July 24, 2022. For good cause shown, the Court grants Plaintiff's request for additional time to research and prepare his amended pleading.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time, (ECF No. 23), is GRANTED. Plaintiff shall file a third amended complaint, not to exceed a total of twenty-five (25) pages, on or before August 1, 2022.
IT IS SO ORDERED.

　　　Dated: **June 29, 2022**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE